951 A.2d 260

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Abdul ALEEM, Petitioner.**

**No. 4 EM 2008.**

Supreme Court of Pennsylvania.

June 23, 2008.

## *ORDER*

Petition for Writ of Habeas Corpus

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Petition to Invoke Court's Extraordinary Jurisdiction is **DENIED.**

951 A.2d 260

**John BAILEY, Petitioner**

v.

**Leon A. KING, Lynne Abraham, First Judicial District of Pennsylvania, Respondents.**

**No. 2 EM 2008.**

Supreme Court of Pennsylvania.

June 23, 2008.

## *ORDER*

Petition for Writ of Habeas Corpus

PER CURIAM.

**AND NOW,** this 23rd day of June, 2008, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Habeas Corpus is **DENIED.**